■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL VIRUET, Appellant. [641 NYS2d 544] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 1, 1995 (*People v Viruet,* 215 AD2d 417), modifying a judgment of the Supreme Court, Suffolk County, rendered November 13, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Santucci and Joy, JJ., concur.